| | |
|---|---|
| 1 | Dawn M. Maguire-Bayne, State Bar #20368 |
| | Christen N. Carns, State Bar #26211 |
| 2 | **ALLEN, SALA & BAYNE, PLC** |
| | 1850 N. Central Ave. Suite 1150 |
| 3 | Phoenix, Arizona 85004 |
| | Ofc: (602) 256-6000 |
| 4 | Fax: (602) 252-4712 |
| | Email: dbayne@asbazlaw.com |
| 5 | |
| 6 | Attorneys for Trustee Diane M. Mann |

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | | Chapter 7 |
| JANET VIOLA PETRILLO AKA JANET DELORES PETRILLO, | | Case No. 2-11-bk-22318-SSC |
| Debtor. | | **TRUSTEE'S OBJECTION TO HOMESTEAD EXEMPTIONS** |

Diane M. Mann, the duly appointed and qualified Chapter 7 Trustee for the above-captioned case ("Trustee"), by and through undersigned counsel, hereby objects to the Debtor's claimed homestead exemption in the real property located at 20161 E. Silver Creek Lane, Queen Creek, Arizona 85142 ("Property").

Pursuant to A.R.S. 33-1101(A), a debtor who resides within the state may hold as a homestead exemption from attachment, the person's interest in real property in which the person resides, not to exceed $150,000.00. According to Schedule C, the Debtor claimed a homestead exemption in the property located at 20161 E. Silver Creek Lane, Queen Creek, Arizona 85142.

During the Debtor's Judgment Debtor Examination on May 23, 2011, according to the creditor conducting the examination, the Debtor stated that she resided in Nevada for the majority of the last few years and that she merely visited the Arizona property to visit family during the holidays.

For the Debtor to now claim an exemption in Arizona Property, when she has lived in Nevada, New Jersey, and Arizona within the months preceding the bankruptcy filing, is unfair to the estate creditors. Given the Debtor's routine residence in Nevada, the Trustee requests that

the Court deny the Debtor's claimed homestead exemption in the Arizona Property.

DATED: October 5, 2011

**ALLEN, SALA & BAYNE, PLC**

*/s/ DMMB 20368*
Dawn M. Maguire-Bayne
Christen N. Carns
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Attorneys for Trustee Diane M. Mann

COPIES of the foregoing mailed on
October 5, 2011 to:

Diane M. Mann
29834 N. Cave Creek Rd. #118-274
Cave Creek, AZ 85331
*Chapter 7 Trustee*

United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

Janet Viola Petrillo aka Janet Delores Petrillo
20161 E. Silver Queen Creek Lane
Queen Creek, AZ 85142
*Debtor*

Martin A. Creaven
KEITH BARTON & ASSOCIATES, PC
3101 N. Central Avenue, Suite 870
Phoenix, AZ 85012
*Attorneys for Debtor*

*/s/ Monica Baca*